

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-11-00304-CV

Bradley L. **CROFT,**
Appellant

v.

**AMS SA MANAGEMENT, LLC,** dba Association Management Services,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15857
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an appeal of a trial court's order imposing sanctions against Bradley Croft. By order dated January 7, 2013, this appeal was abated based on an automatic stay arising from a bankruptcy petition filed by appellant Bradley Croft.

On August 5, 2015, appellee AMS SA Management, LLC d/b/a Association Management Services filed a motion to dismiss this appeal, asserting it had purchased all of Croft's rights in this appeal. Attached to the appellee's motion is a bankruptcy order approving the sale of Croft's rights in this appeal to "Clifton L. Lowry, on behalf of Lowry Creditors," not to AMS SA Management, LLC.

Because the bankruptcy court's order conveys Croft's appellate rights, Croft's appeal is no longer subject to the bankruptcy court's automatic stay. Accordingly, this appeal is REINSTATED on the docket of this court.

Because appellee AMS SA Management, LLC's motion does not establish that it purchased Croft's appellate rights, and the motion does not provide authority for this court to dismiss the appeal filed by Croft, the motion to dismiss is HELD IN ABEYANCE until August 21, 2015 to allow AMS SA Management, LLC the opportunity to provide this court with proof that it purchased all of Croft's rights in this appeal and to show it has authority to move to dismiss Croft's appeal.

If AMS SA Management, LLC does not respond with the appropriate documentation by August 21, 2015, this appeal will be set "at issue," and the appeal will be set for submission on a future date.

It is so **ORDERED** on August 10, 2015

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle, Clerk